IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RODNEY NEWCOMB,

      Appellant,

v.

WAL-MART, AND
SEDGWICK,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-641

_____/

Opinion filed July 16, 2014.

An appeal from an order of the Judge of Compensation Claims.
Margaret E. Sojourner, Judge.

Date of Accident: August 14, 2009.

Bradley Guy Smith of Smith, Feddeler & Smith, P.A., Lakeland, Wendy S. Loquasto of Fox & Loquasto, P.A., Tallahassee for Appellant.

Raymond A Lopez and Richard B. Robbins of Rissman, Barrett, Hurt, Donahue & McLain, P.A., Orlando, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.